IN THE COUNTY COURT OF THE
NINTH JUDICIAL CIRCUIT OF FLORIDA
ORANGE COUNTY, FLORIDA

Case Number 2016 SC 11591

Gabrielle C Stone
(Name)
562 Fuller Ave.
(Street Address)
Deltona, FL 32725
(City, State, and Zip)
(407) 929-5562
(Phone Number)

Plaintiff(s)

VS

AT&T Services, Inc., Real Page Inc., Saferent LLC, Renasant Bank Inc,
(Name) GE Capital Retail Bank, Gulf Coast Collection Bureau Inc,
1200 South Pine Island Road Grandeville at Avalon Park LTD, National Credit Services
(Street Address) Inc, Equifax Information Services LLC,
Plantation, FL 33324 Experian Information Services Inc, TransUnion LLC
(City, State, and Zip)

(Phone Number)

Defendant(s)

## STATEMENT OF CLAIM

The above named Plaintiff(s) sue(s) the above named Defendant(s) for:
(Explain your claim here)

see attached page

And Plaintiff(s) claim(s) $ 2,500.00 damages not to exceed $5,000.00 exclusive of interest, court costs and attorney fees.
(Dollar amount is without court costs)

Gabrielle C Stone
Plaintiff(s)
(Sign here)

AT&T Services Inc. illegally obtained my Equifax credit report on 12/27/12.
Real Page Inc. illegally obtained my Equifax credit report on 12/12/12.
Saferent, LLC illegally obtained my Experian credit report on 11/12/13.
Renasant Bank Inc illegally obtained my Trans Union credit report on 5/8/13, 6/11/13, and 10/10/13.
T-Mobile illegally obtained my Trans Union credit report on 9/28/13.
GE Capital Retail Bank illegally obtained my Trans Union credit report on 5/8/13.
Gulf Coast Collection Bureau, Inc. illegally misreported information after dispute on my Experian and Trans Union credit reports.
Grandeville at Avalon Park, LTD and National Credit Services, Inc. illegally misreported information after dispute on my Equifax, Experian, and Trans Union credit reports.
North American Credit Services Inc illegally attempted to collect money from me.
Equifax Information Services LLC illegally misreported after dispute National Credit Services, Inc. on my credit report and illegally provided my credit report to AT&T Services Inc. on 12/27/12 and Real Page Inc. on 12/12/12.
Experian Information Solutions, Inc. illegally misreported after dispute Gulf Coast Collection Bureau, Inc. and National Credit Services, Inc. on my credit report and illegally provided my credit report to Saferent, LLC on 11/12/13.
Trans Union LLC illegally misreported after dispute Gulf Coast Collection Bureau, Inc. and National Credit Services, Inc. on my credit report and illegally provided my credit report to Renasant Bank Inc on 5/8/13, 6/11/13, 10/10/13, GE Capital Retail Bank on 5/8/13, and T-Mobile on 9/28/13.

07/15/2016 409062 14 Corro Multi TTillmon 212431801 CERTIFIED MAIL





Tiffany M. Russell

Orange County Clerk of Courts
ORANGE COUNTY COURTHOUSE
425 N ORANGE AVENUE ROOM 310
ORLANDO, FLORIDA 32801

7001 0360 0001 6864 8134

02 1M  $ 06.67⁵
0004285596  JUL 13 2016
MAILED FROM ZIP CODE 32801

Ge Capital Retail Bank
Po Box 965033
Orlando Fl 32896

32896$5033 B099